**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| DEIRDRE NICOLE WILLIAMS, | |
| Plaintiff, | 2:12-cv-01021-PMP-VCF |
| vs. | |
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, | **MINUTE ORDER** |
| Defendant. | |

Before the Court is the Defendant Globe Life and Accident Insurance Company's Motion for Protective Order (#26) and the Emergency Motion to Quash Subpoenas to Sergeant Justin Ryan and Detective Edwing Melgarejo of the North Las Vegas Police Department (#27). On February 11, 2013, the Plaintiff filed the Response to Motion for Protective Order (#28), Defendant Globe Life and Accident Insurance Company filed their Response to the Emergency Motion to Quash Subpoenas to Sergeant Justin Ryan and Detective Edwing Melgarejo of the North Las Vegas Police Department (#29), and Plaintiff filed the Response to Emergency Motion to Quash Subpoenas (#30).

IT IS HEREBY ORDERED that the replies in support of Defendant Globe Life and Accident Insurance Company's Motion for Protective Order (#26) and Emergency Motion to Quash Subpoenas to Sergeant Justin Ryan and Detective Edwing Melgarejo of the North Las Vegas Police Department (#27) are due on or before February 19, 2013.

IT IS FURTHER ORDERED that the following depositions are stayed:

1. Detective Edwing Melgarejo on February 14, 2013 at 1:00 p.m.; and,

2. Person Most Knowledgeable at Globe Life and Accident Insurance Company regarding the handling of the claim by Deidre Nicole Williams or her attorney for life insurance benefits under policy 00-R332095 on February 14, 2013 at 3:00 p.m.; and,

3. Sergeant Justin Ryan on February 15, 2013 at 9:00 a.m.

IT IS FURTHER ORDERED that a hearing is scheduled for 9:00 a.m., February 22, 2013 in Courtroom 3A.

DATED this 12th day of February, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE