UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DEIRDRE NICOLLE WILLIAMS, | ) | 2:12-cv-01021-PMP-VCF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

Before the Court for consideration is Defendant Globe Life and Accident Insurance Company's Objection to Magistrate's Order Denying Motion for Protective Order and Order on Motion to Quash Subpoenas (Doc. #40). Defendant's motion is fully briefed and the Court has conducted a review of the proceedings occurring before the Honorable Cam Ferenbach, United States Magistrate Judge, which resulted in the Order entered February 25, 2013 (Doc. #38). Based upon that review, the Court finds that Judge Ferenbach's Order is neither clearly erroneous nor contrary to law.

**IT IS THEREFORE ORDERED** that Defendant Globe Life's Objections (Doc. #40) are overruled, and the Order (Doc. #38) entered by Magistrate Judge Ferenbach on February 25, 2013 is hereby AFFIRMED.

DATED this 25th day of March, 2013.

PHILIP M. PRO
United States District Judge