McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  wade.hansard@mccormickbarstow.com
Jonathan Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:  (702) 949-1100
Facsimile:  (702) 949-1101

Attorneys for Globe Life and Accident Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| DEIRDRE NICOLLE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>GLOBE LIFE AND ACCIDENT INSURANCE COMPANY; DOES 1-10,<br><br>Defendants. | Case No. 2:12-cv-01021-PMP-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiff, DEIRDRE NICOLLE WILLIAMS, by and through her counsel of record, the law firm of G. Dallas Horton & Associates, and Defendant, GLOBE LIFE AND ACCIDENT INSURANCE COMPANY, by and through its counsel of record, the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, and hereby stipulate and agree as follows:

. . .

. . .

. . .

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

2679509.1

2:12-cv-01021-PMP-VCF

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that this matter be dismissed with prejudice as to all claims, each party to bear their own costs and attorneys' fees related to the same.

DATED this ____ day of September____, 2013

        G. DALLAS HORTON & ASSOCIATES

        By _____
        G. Dallas Horton, Nevada Bar No. 5996
        David L. Thomas, Nevada Bar No. 3172
        Christian Z. Smith, Nevada Bar No. 8266
        4435 South Eastern Avenue
        Las Vegas, Nevada 89119
        Tel. (702) 380-3100

        Attorneys for Deirdre Nicolle Williams

DATED this 17 day of Dec_____, 2013

        McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

        By _____
        Wade M. Hansard, Nevada Bar No. 8104
        Jonathan Carlson, Nevada Bar No. 10536
        8337 West Sunset Road, Suite 350
        Las Vegas, Nevada 89113
        Tel. (702) 949-1100

        Attorneys for Globe Life and Accident Insurance Company

**ORDER**

IT IS SO ORDERED.

DATED this 17th day of December, 2013.

_____
UNITED STATES DISTRICT COUDGE